An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ELVIN TURNER,
Petitioner,
vs.
THE U.S. JUDICIAL DISTRICT
COURT,
Respondent.

No. 66167

**FILED**

SEP 16 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This proper person petition was docketed in this court on July 29, 2014, without payment of the requisite filing fee. On that same day a notice was issued directing petitioner to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this petition. To date, petitioner has not paid the filing fee or otherwise responded to this court's notice. Although the petition was accompanied by a motion to waive filing fees in which petitioner claimed he was granted leave to proceed in forma pauperis in the district court, no documentation in support of that claim was attached. Accordingly, cause appearing, this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: John Elvin Turner

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-30556